**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| VIKING OFFSHORE (USA), INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| VIKING PROSPECTOR INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2488 |
| | § | |
| XTREME INDUSTRIES, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

A hearing on Extreme Industries, LLC's motion to transfer venue and on Gulf Copper & Manufacturing Corporation's motion to strike, response and alternative motion to transfer venue is set for **September 29, 2010, at 9:30 a.m.,** in Courtroom 11-B.

SIGNED on September 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge